UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMERO MAK,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSEN & LOEB LAW OFFICES,<br><br>    Defendant. | Case No. 15-cv-02629-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 7 |

On July 1, 2015, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a voluntary dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: August 25, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge